Kunigunde Kreier, Appellant, v. Abraham Freidman and Rosa Moses, Respondents.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Selena Morton, Appellant, v. The Seamen's Bank for Savings, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Bartlett, Woodward, Rich and Miller, JJ., concurred; Hooker, J., dissented.

Catharine Murtaugh, Respondent, v. Mary Healy, as Administratrix, etc., Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Catharine O'Meara, as Administratrix, etc., of John A. O'Meara, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order granting extra allowance reversed, without costs, for want of power in the court at Trial Term to grant the same. Judgment modified accordingly, and judgment, as modified, and order refusing to grant a new trial unanimously affirmed, without costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Otto F. Peterson, Respondent, v. F. Waldemar Fuchs and Others, Defendants. Mary Scott Uda, Appellant.—Judgment and orders of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Antonio Pinto, Respondent, v. Mount Carmel Society of the Borough of Brooklyn, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

Howard Place, Respondent, v. Dreamland, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

Henry Plage, as Administrator, etc., of William Henry Plage, Deceased, Respondent, v. The City of New York, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. William Sandford, Appellant.—Judgment of conviction and orders affirmed. No opinion. Bartlett, Woodward, Jenks, Rich and Miller, JJ., concurred.

Charles J. Randall, as Administrator, etc., of John R. Dickerson, Deceased, Respondent, v. A. Cavassa Wilson, Appellant, Impleaded with Henry L. Wilson and Joseph L. Keith, as Executors of and Trustees under the Last Will and Testament of Charles L. Flint, Deceased, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Mary Rudden, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Bartlett, Woodward, Hooker, Rich and Miller, JJ.

James J. Seeley, Appellant, v. James J. Connors and Matilda Ostrum, Respondents.— As the order appealed from herein merely stays proceedings until after the determination of the appeal taken in the proceedings supplementary to execution herein, and as that appeal has now been determined, the proper course seems to be to dismiss this appeal, without costs, without determining the question of the authority of the court to stay the proceedings. Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.

George M. Whitehouse, Respondent, v. Staten Island Water Supply Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

Townsend Albertson, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Motion denied. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Miller, JJ.

In the Matter of the Marine Construction and Dry Dock Company. William J. Burlee, Trustee, Appellant; Application of Froment & Company, Lienors,

Respondents.— Motion to dismiss appeal denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.